# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>DAVID S. BAIRD,<br><br>                      Defendant. | **8:14CR346**<br><br>**ORDER** |

Defendant David S. Baird appeared before the court on January 10, 2018, for an Initial Appearance regarding a Petition for Warrant or Summons for Offender Under Supervision [49]. The government made an oral request to dismiss the Petition [49]. For good cause shown, the Petition [49] will be dismissed.

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervision [49] is dismissed.

2. The defendant is released from custody.

Dated this 17th day of January, 2018.

                                                              BY THE COURT:

                                                             s/ Susan M. Bazis<br>
                                                            United States Magistrate Judge