IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID S. BAIRD,<br><br>    Defendant. | 8:14CR346<br><br>ORDER |

  Defendant David S. Baird appeared by summons before the court on Wednesday, September 12, 2018 on a Petition for Warrant or Summons for Offender Under Supervision [67]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Sean P. Lynch. Defendant was not in custody, and therefore not entitled to a preliminary examination. Defendant was released on the current and modified terms and conditions of supervision.

  The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 8, 2018 at 11:30 a.m. Defendant must be present in person.

  2. Defendant is released on the current terms and conditions of supervision with the added conditions that he be placed on SoberLink2 Alcohol Monitoring. SoberLink2 monitoring shall commence according to a schedule arranged by the U.S. Probation Office. While in the program, the defendant will carry a portable breath testing device and provide breath tests when prompted, via text, by the device. The participant agrees to keep the equipment fully charged. The participant shall also be responsible for the costs of the testing program; obtain an updated substance abuse evaluation and follow all recommendations, and comply with mental health treatment plan, which may include taking prescriptions as directed.

  DATED this 12th day of September, 2018.

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge