IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR346 |
| vs. | |
| DAVID S. BAIRD, | ORDER |
| Defendant. | |

Defendant David S. Baird appeared by summons before the court on November 5, 2018, on an Amended Petition for Warrant or Summons for Offender Under Supervision [76]. Defendant was represented by Assistant Federal Public Defender, Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney, Thomas J. Kangior. Defendant waived his right to a probable cause hearing on the Amended Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). The government moved for detention, and a detention hearing was held. The government's motion for detention is denied and Defendant shall be released on the current terms and conditions of supervision, and the added condition that Defendant wear an electronic monitoring device.

The undersigned magistrate judge does find that the amended petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED:**

1. The government's motion to withdraw Petition [67] is granted.
2. A final dispositional hearing will be held before Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 8, 2018, at 11:30 a.m. Defendant must be present in person.
3. Defendant is released on the current terms and conditions of supervision.

Dated this 5th day of November, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge